IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:20-cv-03049 |
| CURV GROUP, LLC DBA KEY SMART, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Holger Fiallo and Defendant Curv Group, LLC DBA Key Smart have reached an agreement in principle that will resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice within thirty (30) days of this notice.

Dated: August 20, 2020

Respectfully submitted:

By: /s/ Benjamin J. Sweet
Attorneys for Plaintiff,
HOLGER FIALLO

Benjamin J. Sweet
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road
Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: (412) 857-5350
ben@nshmlaw.com

By: /s/ Ryan T. Benson
Attorneys for Defendant,
CURV GROUP, LLC DBA KEY SMART

Ryan T. Benson
O'HAGAN MEYER LLC
One E. Wacker Drive
Suite 3400
Chicago, Illinois 60601
Telephone: 312-422-6100
Facsimile: 312-422-6110
rbenson@ohaganmeyer.com

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of August, 2020, I electronically filed a *Notice of Settlement* with the Clerk of District Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: (412) 857-5350

Jonathan D. Miller
jonathan@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, California 93101
Phone: (805) 963-2345
*Attorneys for Plaintiff*

/s/ Ryan T. Benson
Ryan T. Benson
O'HAGAN MEYER LLC
One E. Wacker Drive
Suite 3400
Chicago, Illinois 60601
Telephone: 312-422-6100
Facsimile: 312-422-6110
rbenson@ohaganmeyer.com