# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Holger Fiallo

                Plaintiff,

v.                                           Case No.: 1:20−cv−03049

                                                            Honorable Martha M. Pacold

Curv Group, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2020:

       MINUTE entry before the Honorable Martha M. Pacold:This case is hereby dismissed with prejudice and each party shall bear their own costs and fees pursuant to the Stipulation for Dismissal [19] filed by the parties on 9/29/2020.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.